UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HILARIO RAZURA JIMENEZ, JOSE MANUEL GUERRERO GOMEZ, J. REFUGIO CASTELLON LUNA, GUILLERMO BERNAL ORTEGA, RIGOBERTO TORRES GUERRERO, DIEGO FLORES CICERNOS, RUBEN MADERA CANALES, LUIS A ALBERTO MEDINA AYON, ALVARO MORALES VILLEGAS, MELCHOR JAVIER CASTANEDA GALLARDO, JOSE CASIMIRO BENAVIDES FRIAS, EDGARDO IBARRA RUIZ, HUGO IGNACIO IBARRA RUIZ, MIGUEL ANGEL GOMEZ NUNO, OSCAR RODRIGUEZ GOMEZ, and TEODULO HUIZAR MADERA<br><br>Plaintiffs,<br><br>v.<br><br>VANDERBILT LANDSCAPING LLC, LARRY VANDERBILT SR., JOFFREY VANDERBILT, ONESOURCE LANDSCAPE AND GOLF SERVICES, INC., ABM SERVICES INC, and ABM INDUSTRIES, INCORPORATED<br><br>Defendants. | Civil Action No. 3:11-0276<br><br>Jury Demand |

## MOTION TO DISMISS COUNTERCLAIMS BY LARRY VANDERBILT SR. AND JOFFREY VANDERBILT

Plaintiffs/Counter-Defendants, Hilario Razura Jimenez, et al, ("Plaintiffs"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully request that the Court dismiss Defendant's Counterclaims (*Dkt. No. 15*). As grounds for this

Motion, Plaintiffs rely on their Memorandum in Support filed contemporaneously herewith.

DATE: May 31, 2011

Respectfully Submitted,

s/Charles P. Yezbak, III
Charles P. Yezbak, III
Tenn, B.P.R. No. 18965
2002 Richard Jones Road, Suite B-200
Nashville, Tennessee 37215
(615) 250-200
(615) 250-2020 Facsimile
Yezbak@yezbaklaw.com

Jennifer J. Rosenbaum
LSBA No. 31946
*Admitted to practice in the U.S. Dist. Ct., M.D. of Tenn.*
**New Orleans Workers' Center**
**For Racial Justice**
217 N. Prieur St.
New Orleans, LA 70112
(504) 309-5165
jjrosenbaum@nowcrj.org

Edward Tuddenham
*Admitted Pro Hac Vice*
1339 Kalmia Rd. NW
Washington DC 20012
(202) 249-9499
etudden@io.com

## CERTIFICATE OF SERVICE

This is to hereby certify that I have this the 31st day of May electronically filed the above with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Mekesha H. Montgomery (BPR #25831)
> Brian C. Neal (BPR #22532)
> 424 Church Street, Suite 1600
> Nashville, Tennessee 37219
> (615) 251-5550
> (615) 251-5551 *facsimile*
>
> *Attorneys for Defendants Vanderbilt Landscaping, LLC, Larry Vanderbilt Sr., and Joffrey Vanderbilt*
>
> Matthew A. Boyd
> Tennessee Bar No. 017898
> Georgia Bar No. 027645
> mboyd@hptylaw.com
> Ronald G. Polly, Jr.
> Georgia Bar No. 538264
> rpolly@hptylaw.com
> *Counsel for the ABM Defendants*

Dated May 31, 2011

s/ Charles P. Yezbak, III
Charles P. Yezbak, III