**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **HILARIO RAZURA JIMENEZ, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Civil Action No. 3:11-0276** |
| | ) | **Jury Demand** |
| **v.** | ) | |
| | ) | |
| **VANDERBILT LANDSCAPING, LLC,** | ) | |
| **LARRY VANDERBILT SR., JOFFREY** | ) | |
| **VANDERBILT, et al.,** | ) | **Chief Judge Campbell** |
| | ) | **Magistrate Judge Knowles** |
| **Defendants.** | ) | |

**<u>NOTICE OF APPEARANCE</u>**

William L. Campbell, Jr. of the law firm of Frost Brown Todd LLC hereby gives notice of his appearance on behalf of Defendants Vanderbilt Landscaping, LLC, Larry Vanderbilt Sr., and Joffrey Vanderbilt in the above-referenced matter.

Respectfully submitted,

/s/William L. Campbell, Jr.
William L. Campbell, Jr., Esq. (BPR # 22712)
FROST BROWN TODD LLC
424 Church Street, Ste. 1600
Nashville, TN 37219
Telephone: (615) 251-5550
ccampbell@fbtlaw.com

*Attorney for Defendants Vanderbilt Landscaping,*
*LLC, Larry Vanderbilt Sr., and Joffrey Vanderbilt*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29th, 2011, I electronically filed the foregoing Notice of Appearance cwith the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants.

_/s/ William L. Campbell, Jr._____
*Counsel for Defendants Vanderbilt Landscaping*
*LLC, Larry Vanderbilt, Sr. and Joffery Vanderbilt*

NSHLibrary 0117418.0579668  100975v1