UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| HILARIO RAZURA JIMENEZ, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 3:11-0276 |
| | ) | |
| v. | ) | |
| | ) | |
| VANDERBILT LANDSCAPING, LLC, et al., | ) | Chief Judge Campbell |
| | ) | Magistrate Judge Knowles |
| | ) | |
| Defendants. | ) | |

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO AMEND COUNTERCLAIMS

With consent of counsel for Defendants Vanderbilt Landscaping LLC, Larry Vanderbilt, and Joffrey Vanderbilt (the "Vanderbilt Defendants"), Plaintiffs hereby move the Court to extend the time in which to answer or otherwise respond to the Vanderbilt Defendants' Motion to Amend Counterclaims filed on Monday, August 22, 2011 (Doc. 54). Pursuant to LR 7.1, Plaintiffs' response is currently due 14 days later on September 5, 2011.

The proposed amendment would add new claims and parties and counsel for Plaintiffs respectfully requests an additional 30 days, until October 5, 2011, to adequately prepare a response. The Vanderbilt Defendants consent to the request. This extension of time will not prejudice any party or this Court and will not delay other deadlines or case scheduling.

A proposed Order is being filed along with this motion.

Respectfully submitted,

*s/ Charles P. Yezbak, III*

Charles P. Yezbak, III
Tenn. B.P.R. No. 18965
2002 Richard Jones Road, Suite B-200
Nashville, Tennessee  37215
(615) 250-2000
(615) 250-2020 *facsimile*
yezbak@yezbaklaw.com

Jennifer J. Rosenbaum
LSBA No. 31946
*Admitted to practice in the U.S. Dist. Ct., M.D. of Tenn.*
New Orleans Workers' Center for Racial Justice
217 N. Prieur St.
New Orleans, LA  70112
(504) 309-5165
jjrosenbaum@nowcrj.org

Edward Tuddenham
Texas Bar No. 2028300
*Pro Hac Vice Application Anticipated*
228 W. 137th St.
New York, New York  10030
212-234-593

# **CERTIFICATE OF SERVICE**

This is to hereby certify that I have this 31 day of August 2011 I electronically field the above with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Mekesha H. Montgomery (BPR #25831)
>424 Church Street, Suite 1600
>Nashville, Tennessee 37219
>(615) 251-5550
>(615) 251-5551 *facsimile*
>
>*Counsel for Defendants Vanderbilt Landscaping, LLC, Larry Vanderbilt Sr., and Joffrey Vanderbilt*
>
>Matthew A. Boyd
>Tennessee Bar No. 017898
>Georgia Bar No. 027645
>mboyd@hptylaw.com
>Ronald G. Polly Jr.
>Georgia Bar No. 538264
>rpolly@hptylaw.com
>
>*Counsel for the ABM Defendants*

Dated August 31, 2011

*s/ Charles P. Yezbak, III*

Charles P. Yezbak, III