IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

HILARIO RAZURA JIMENEZ, et al.   )
                                 )
v.                               ) NO. 3-11-0276
                                 ) JUDGE CAMPBELL
VANDERBILT LANDSCAPING, LLC,     )
et al.                           )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 62), Objections filed by the Vanderbilt Defendants/Counter-Claimants[1] (Docket No. 63), and Plaintiffs' Response to those Objections (Docket No. 67).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, and the file. The Objections of the Vanderbilt Defendants are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, the Vanderbilt Defendants' Motion for Leave to Amend Counterclaim (Docket No. 53) is DENIED.

IT IS SO ORDERED.

```
                                        _____
                                        TODD J. CAMPBELL
                                        UNITED STATES DISTRICT JUDGE
```

---

[1] Defendants Vanderbilt Landscaping, LLC, Larry Vanderbilt, Sr. and Joffery Vanderbilt.