# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| HILARIO RAZURA JIMENEZ, et al. ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 3:11-0276 |
| ) | |
| V. ) | |
| ) | |
| VANDERBILT LANDSCAPING LLC, ) | |
| et al. ) | |
| Defendants. ) | |
| _____) | |

## ORDER ON JOINT MOTION TO EXTEND DISCOVERY DEADLINES

The above-titled *Consent Motion to Extend Discovery Deadlines* ("Consent Motion"), having come before this Court for consideration; and

This Court having considered the Consent Motion, and the representations of counsel for both parties;

For good cause shown;

IT IS HEREBY ORDERED that the parties' Consent Motion is GRANTED. The following are the revised discovery deadlines:

- Deadline for all discovery, including depositions of experts: extended from May 30, 2012, to July 30, 2012. Any written discovery shall be served in time so that responses are due no later than July 30, 2012;

- Deadline for filing discovery-related motions: extended from June 7, 2012 to August 7, 2012;

- Deadline for filing dispositive motions: extended from June 30, 2012 to August 21, 2012.

**SO ORDERED.**

*E. Clifton Knowles*
U.S. Magistrate Judge