UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| HILARIO RAZURA JIMENEZ, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 3:11-0276 |
| | ) | |
| V. | ) | |
| | ) | |
| VANDERBILT LANDSCAPING LLC, | ) | Chief Judge Campbell |
| et al. | ) | Magistrate Judge Knowles |
| Defendants. | ) | |
| | ) | |

## NOTICE OF DISMISSAL OF CLAIMS INVOLVING THE VANDERBILT DEFENDANTS

Defendants Vanderbilt Landscaping LLC, Larry Vanderbilt Sr., and Joffrey Vanderbilt (the "Vanderbilt Defendants") and all of the Plaintiffs have agreed to resolve all of the disputes between and among them. Specifically, the Plaintiffs and the Vanderbilt Defendants have resolved any and all claims that have arisen prior to their agreement to resolve these disputes. Accordingly, (1) the Plaintiffs claims against the Vanderbilt Defendants are dismissed with prejudice; and (2) the Vanderbilt Defendants' counterclaims against the Plaintiffs are dismissed with prejudice. This dismissal reserves any and all claims that Plaintiffs have against Defendants Onesource Landscape and Golf Services, Inc., ABM Services, Inc. and ABM Industries, Inc.

Respectfully submitted this 16th day of August, 2012.

/s/ Charles P. Yezbak, III
Charles P. Yezbak, III
Tenn. B.P.R. No. 18965
2002 Richard Jones Road, Suite B-200
Nashville, Tennessee 37215
(615) 250-2000

(615) 250-2020 *facsimile*
yezbak@yezbaklaw.com

Jennifer J. Rosenbaum
LSBA No. 31946
New Orleans Workers' Center for Racial Justice
217 N. Prieur St.
New Orleans, Louisina 70112
(504) 309-5165
jjrosenbaum@nowcrj.org

Edward Tuddenham
Texas Bar No. 2028300
*Pro Hac Vice application anticipated*
1339 Kalmia Rd. NW
Washington, D.C. 20012
(202) 249-9499
etudden@io.com

s/ William L. Campbell, Jr.
Mekesha H. Montgomery (BPR #25831)
William L. Campbell Jr. (BPR #22712)
424 Church Street, Suite 1600
Nashville, Tennessee 37219
(615) 251-5550
(615) 251-5551 *facsimile*

*Attorneys for Defendants Vanderbilt Landscaping, LLC, Larry Vanderbilt Sr., and Joffrey Vanderbilt*

**CERTIFICATE OF SERVICE**

This is to hereby certify that the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

        Mekesha H. Montgomery (BPR #25831)
        William L. Campbell Jr. (BPR #22712)
        424 Church Street, Suite 1600
        Nashville, Tennessee 37219
        (615) 251-5550
        (615) 251-5551 *facsimile*

        *Attorneys for Defendants Vanderbilt Landscaping, LLC, Larry Vanderbilt Sr., and Joffrey Vanderbilt*

        Matthew A. Boyd
        Tennessee Bar No. 017898
        Georgia Bar No. 027645
        mboyd@hptylaw.com

        Ronald G. Polly Jr.
        Georgia Bar No. 538264
        rpolly@hptylaw.com

        *Counsel for the ABM Defendants*

This 16th day of August 2012:

        /s/ Charles P. Yezbak, III