IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HILARIO RAZURA JIMENEZ, et al. | ) |
| | ) |
| v. | ) NO. 3-11-0276 |
| | ) JUDGE CAMPBELL |
| VANDERBILT LANDSCAPING, LLC, | ) |
| et al. | ) |

ORDER

Plaintiffs and the Vanderbilt Defendants have filed a Notice of Dismissal of Claims (Docket No. 71), indicating that Plaintiffs' claims against Defendants Vanderbilt Landscaping LLC, Larry Vanderbilt, Sr., and Joffrey Vanderbilt and also the Vanderbilt Defendants' counterclaims against the Plaintiffs have been resolved.

Accordingly, Plaintiffs' claims against Defendant Vanderbilt Landscaping LLC, Defendant Larry Vanderbilt, Sr. and Defendant Joffrey Vanderbilt are DISMISSED. In addition, the Counterclaims of Defendants Vanderbilt Landscaping LLC, Larry Vanderbilt, Sr., and Joffrey Vanderbilt against Plaintiffs are DISMISSED.

The remaining claims are referred to the Magistrate Judge for continued case management.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE