UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

HILARIO RAZURA JIMENEZ, et al.   )
                                 )
                                 )
v.                               )   NO. 3:11cv0276
                                 )   JUDGE CAMPBELL
                                 )
VANDERBILT LANDSCAPING, LLC, et al.  )
                                 )

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 11/2/2012.

      KEITH THROCKMORTON, CLERK
      s/Tina M. Webster, Deputy Clerk